UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-360 (ADM/FLN)

ANDREI P. GUCHIKOV,

Plaintiff,

v.

CURTIS ALJETS, ET AL.

Defendant.

**ORDER**

This matter comes before the Court, without a hearing, on the motion of the respondents for an extension of time to respond to the Order to Show Cause issued on February 14, 2002. Mary Trippler, Assistant U.S. Attorney, appears for respondents; petitioner appears pro se.

Based upon the declaration of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is granted. Respondents have to March 20, 2002 to respond to the Order to Show Cause.

Dated: March 6, 2002

Franklin L. Noel,
U.S. Magistrate Judge

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK