UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-360 (ADM/FLN)

ANDREI P. GUCHIKOV, )
Plaintiff, )
v. ) **REPORT AND RECOMMENDATION**
CURTIS ALJETS, ET AL. )
Defendant. )

This matter comes before the Court without a hearing. Petitioner appears pro se. Mary J. Madigan, Assistant United States Attorney appears for defendants. Upon review of the pleadings herein, the Court finds that the relief petitioner seeks, release from custody, will be granted within thirty days. The Court finds that the release of petitioner from custody renders this Petition moot and deprives the Court of Habeas Corpus jurisdiction.

WHEREFORE, the Court hereby recommends that this Petition be dismissed. However, the Court will retain jurisdiction for an additional thirty days during which time defendants will file with the Court evidence that petitioner, in fact, has been released from custody.

Dated: 3/26/02

Franklin L. Noel
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK